UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERALD F. STANLEY, C80900,

          Petitioner,

    v.

WARDEN BROOMFIELD, et al.,

          Respondent(s).

Case No. 21-cv-09926-CRB  (PR)

**ORDER OF DISMISSAL**

      This petition for a writ of habeas corpus by a prisoner alleging various misconduct by prison staff and his attorneys was filed on December 23, 2021.  The court notified petitioner in writing at that time that the action was deficient because petitioner did not pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months.  See 28 U.S.C. § 1915(a)(2).  Petitioner was advised that failure to file the requested items within 28 days would result in dismissal of the action.

      More than 28 days have elapsed; however, petitioner has not provided the court with the requisite items or sought an extension of time to do so.  The action is DISMISSED without prejudice to filing a new action accompanied by the requisite filing fee or a signed and completed IFP application.   The clerk is instructed to close the case.

      **IT IS SO ORDERED**.

Dated: February 2, 2022

_____
CHARLES R. BREYER
United States District Judge